# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Supervised Release) |
| v. | Case Number: 00-cr-00335-RPM-001 |
| LARRY ALAN GILDEMEISTER | USM Number: 30319-013 |
| | Lisabeth Perez Castle <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 10/03/06 |
| 2 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 08/29/06 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 11, 2007
Date of Imposition of Judgment

_Signature of Judge_

Richard P. Matsch, U.S. District Judge
Name & Title of Judge

April 13, 2007
Date

DEFENDANT: LARRY ALAN GILDEMEISTER
CASE NUMBER: 00-cr-00335-RPM-001

Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Follow the Instructions of the Probation Officer | 09/06/06 |
| 4 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 09/25/06 |
| 5 | Failure to Follow the Instructions of the Probation Officer | 09/23/06 |
| 6 | Failure to Notify the Probation Officer of Change in Employment | 08/28/06 |
| 7 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 10/05/06 |
| 8 | Failure to Submit Monthly Written Reports | 10/06 |
| 9 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 10/19/06 |

DEFENDANT:  LARRY ALAN GILDEMEISTER
CASE NUMBER:  00-cr-00335-RPM-001

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: LARRY ALAN GILDEMEISTER
CASE NUMBER: 00-cr-00335-RPM-001                                           Judgment-Page A-1

## ADDENDUM TO JUDGMENT IN A CRIMINAL CASE
### (Confidential Information Concerning Defendant)

| | |
|---|---|
| Defendant's Social Security Number: | 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 |
| Defendant's Date of Birth: | 09/16/67 |
| Defendant's Residence Address: | Federal Detention Center<br>9595 W. Quincy Avenue<br>Littleton, Colorado 80123 |
| Defendant's Mailing Address: | SAME |

To comply with 18 U.S.C.A. § 3612(b)(1)(A), this separate section of the judgment styled "ADDENDUM TO JUDGMENT IN A CRIMINAL CASE (CONFIDENTIAL INFORMATION CONCERNING DEFENDANT)" shall contain defendant's social security account number, mailing address, and residence address. The probation officer shall maintain this Addendum, and it shall not be filed with the clerk. Unless otherwise ordered, the Probation Department shall disclose the Addendum only to counsel of record and to any attorney for the Government engaged, pursuant to 18 U.S.C.A. § 3612(b)(1)(A), in collection of a monetary obligation imposed by the judgment. The judgment entered and filed by the clerk shall refer to the Addendum and shall recite that it contains defendant's social security number, date of birth, residence address, and mailing address and is withheld from the file pursuant to court order. The court finds that the defendant has a privacy interest in keeping this information confidential, that public disclosure of this information may potentially harm defendant, that the public interest in this information is minuscule, and that the potential harm to defendant outweighs the public interest in disclosure.

April 11, 2007
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Richard P. Matsch, U.S. District Judge
Name & Title of Judge

April 13, 2007
Date